DNJ-Civ-010 (Rev.02/2023) Order on Social Security IFP

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiff(s), <br><br> v. <br><br> Defendant(s). | Civil Action No. <br><br><br><br> ORDER |

Upon reading the affidavit of Plaintiff requesting that he/she be permitted to proceed *in forma pauperis*:

IT IS on this  29th  day of  June  ;

**ORDERED** that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefore, in accordance with Section 1915(a), Title 28, United States Code; and that the Clerk shall file the Complaint without prepayment of the filing fee;

**IT IS FURTHER ORDERED** that the Clerk shall issue a summons and create a separate docket entry indicating that the Summonses and the Complaint have been served by electronic means via the Court's CM/ECF System upon the Commissioner of Social Security.

**ORDERED** that the application is **DENIED**, for the following reasons:

**IT IS FURTHER ORDERED** that the Clerk close the file. Plaintiff(s) may submit payment in the amount of $402 within 14 days from the date of this Order to reopen the case without further action from the Court.

*[Signature: Christine P. O'Hearn]*

United States District Judge